# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143339

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TED ALLEN ANDERSON,
      Defendant-Appellant.

_____/

SC: 143339
COA: 300641
Kalamazoo CC: 2010-000024-FH

      By order of August 23, 2011, this Court granted immediate consideration and a stay of trial court proceedings. On order of the Court, the application for leave to appeal the June 7, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Kolanek* (Docket Nos. 142695, 142712) and *People v King* (Docket No. 142850) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

Clerk

y0919